# Court of Appeals
# of the State of Georgia

ATLANTA,  April 16, 2024

*The Court of Appeals hereby passes the following order:*

**A24I0151. STERLING PLANET, INC. v. GRP HOLDCO, LLC et al.**

On February 28, 2024, the Georgia State-wide Business Court entered an order granting partial summary judgment to plaintiff GRP Holdco, LLC on defendant Sterling Planet, Inc.'s promissory estoppel claim, and granted partial summary judgment to GRP on Sterling's business relations claim. Sterling filed an application for discretionary appeal and a direct appeal, which has been docketed as Case No. A24A1281.

"An order granting summary judgment on any issue or as to any party shall be subject to review by appeal." OCGA § 9-11-56 (h). Moreover, all rulings within that order and any other non-final rulings entered in the case may also be raised as part of such a direct appeal. See OCGA § 5-6-34 (d). In light of Sterling's direct appeal of the trial court's order, this application is superfluous. Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  04/16/2024*
          *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
          *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen*                    *, Clerk.*